UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR20-075-JHC |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION FOR<br>) EARLY TERMINATION OF<br>) SUPERVISED RELEASE |
| CRAIG SNYDER, | ) |
| Defendant. | ) |

This matter comes before the Court on the Defendant Craig Snyder Motion for Early Termination of Supervised Release.  Dkt. # 6.  The Court has reviewed the motion, the records and files herein, and the applicable law.

Defendant's probation officer says that she is "satisfied Mr. Snyder is aware of what led to his actions in the instant offense, his risk factors, how to avoid those risk factors, and how to seek help when needed."  Dkt. # 7.  "The United States commends Snyder's successful reintegration to the community" and defers to the Court on the motion.  Dkt. # 9.

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Snyder's supervised release is warranted by the conduct of Mr. Snyder and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Snyder shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 7th day of April, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE